JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| STEPHEN McCLOSKEY<br>333 RIDLEY AVE<br>FOLSOM, PA 19033 | COMMUNITY EDUCATION CENTERS, INC |

**(b)** County of Residence of First Listed Plaintiff   DELAWARE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   WEST CALDWELL, NJ
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
JOHNATHAN MARX, ESQUIRE
TWO BALA PLAZA
BALA CYNWYD, PA 19004

Attorneys *(If Known)*
MATTHEW H. FRY, ESQUIRE
21 WEST FRONT STREET
MEDIA, PA 19063

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  &amp; Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &amp;<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☒ 362 Personal Injury -<br>  Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act<br>☐ 896 Arbitration |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease &amp; Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus &amp; Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | **LABOR**<br>☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609 | ☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
09/13/2016

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| STEPHEN McCLOSKEY | : | CIVIL ACTION |
| v. | : | |
| COMMUNITY EDUCATION CENTERS, INC | : | |
| | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

| | | |
|---|---|---|
| September 13, 2016 | Matthew H. Fry, Esquire | Defendant, Community Education Centers |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (610) 565-5700 | (610) 891-0652 | mfry@dioriosereni.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Stephen McCloskey; 333 Ridley Ave, Folsom, PA 19033

Address of Defendant: Community Education Centers, Inc.

Place of Accident, Incident or Transaction: Thornton, PA
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒

RELATED CASE, IF ANY:

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) Medical Malpractice

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                         Attorney-at-Law              Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 9/13/16    _____    83131
                  Attorney-at-Law              Attorney I.D.#

CIV. 609 (5/2012)

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN McCLOSKEY** | : |
| 333 Ridley Avenue | : |
| Folsom, PA 19033 | :   **Notice of Removal** |
| **v.** | : |
| | : |
| **COMMUNITY EDUCATION CENTERS, INC.** | : |
| 35 Fairfield Place | : |
| West Caldwell, NJ 07006 | : |
| | : |
| **and** | : |
| | : |
| **CORRECTIONAL MEDICAL** | : |
| **ASSOCIATES, INC.** | : |
| 1000 Circle 75 Parkway, Suite 060 | : |
| Atlanta, GA 30339 | : |

**TO:   THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA:**

Defendant, Community Education Centers, Inc., by and through its attorneys, Robert M.

DiOrio and Matthew H. Fry, give notice of removal of the above-captioned action from the

Court of Common Pleas of Delaware County, Pennsylvania, in which this action is now pending,

to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C.

§§1332, 1441, and 1446, and in support thereof aver as follows:

1.    Plaintiff commenced this civil action by filing a Writ of Summons on June 20,

2016 in the Court of Common Pleas of Delaware County, Pennsylvania.  A true and correct copy

of the docket entries from the action filed in the Court of Common Pleas of Delaware County is

attached hereto as Exhibit A.

2.    A Complaint was filed on August 17, 2016 and was received by Defendants the

same day, and Defendants have filed this Notice of Removal with 30 days of first receipt of the

Complaint, and thus this removal is timely pursuant to 28 U.S.C. §1441(e).

3.      Plaintiff, Stephen McCloskey, is an adult individual with a residence address of 333 Ridley Avenue, Folsom, PA and is thus a citizen of Pennsylvania for purposes of 28 U.S.C. §1332.

4.      Defendant Community Education Centers, Inc., is a Delaware corporation with a principal place of business at 35 Fairfield Place, West Caldwell, New Jersey 07006 and is thus a citizen of New Jersey for the purposes of 28 U.S.C. §1332.

5.      Defendant Correctional Medical Associates, Inc., upon information and belief, is a foreign corporation not registered in the State of Pennsylvania, and has an address of 1000 Circle 75 Parkway, Suite 060, Atlanta, GA 30339.

6.      Plaintiff's Complaint seeks damages in excess of $75,000 based upon the injuries alleged and the fact that he has filed this case as a major jury trial.  Thus, upon information and belief,  the amount in controversy is in excess of the jurisdictional amount for diversity jurisdiction.

7.      There is diversity of citizenship between Plaintiff and Defendant; therefore, this Court has jurisdiction over this matter through federal diversity jurisdiction, pursuant to 28 U.S.C. §1332.

8.      The entire record from the State Court is attached, which consists of Exhibit B, Plaintiff's Complaint; Exhibit C, Plaintiff's Writ of Summons; and Exhibit D, Defendant's Rule to File Complaint.

823644.1

WHEREFORE, Defendant hereby gives notice of removal of the above action now pending in the Court of Common Pleas of Delaware County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.  This action will proceed in this Court as an action properly removed thereto.

<br>

DIORIO & SERENI, LLP

DATE:  September 13, 2016                    BY:

ROBERT M. DIORIO, ESQ.
Attorney ID No.: 17838
MATTHEW H. FRY, ESQ.
Attorney ID No.: 83131
DiOrio & Sereni LLP
P.O. Box 1789
Media, PA 19063

3

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN McCLOSKEY**<br>333 Ridley Avenue<br>Folsom, PA 19033 | : <br> : <br> : |
| v. | : <br> : |
| **COMMUNITY EDUCATION CENTERS, INC.**<br>**35 Fairfield Place**<br>**West Caldwell, NJ 07006** | : <br> : <br> : <br> : |
| **and** | : <br> : |
| **CORRECTIONAL MEDICAL**<br>**ASSOCIATES, INC.**<br>**1000 Circle 75 Parkway, Suite 060**<br>**Atlanta, GA 30339** | : <br> : <br> : <br> : |

### CERTIFICATE OF SERVICE

I certify that on September 13, 2016, I served a true and correct copy of this notice of removal upon all other parties to this action as follows:

> Jonathan Marx, Esquire
> Two Bala Plaza Suite 300
> Bala Cynwyd, PA 19004
>
> *via first class mail*

MATTHEW H. FRY



# Delaware County, Pennsylvania
## Rich in Culture, History and Commerce

Home | Search | Contact Us

Departments... ▼     Services... ▼

Judgment Index Search     Case Search

<< Back to previous page

## Case Information

**Date:** September 12, 2016 3:37:56 PM EDT

| Case Filing Date | Case Number | Case Type |
|---|---|---|
| 06/20/2016 | 2016-005383 | Medical Professional Liability |

## Litigant(s) Information

| Party Name | Attorney(s) | Party Role | Address | Case Filing Date |
|---|---|---|---|---|
| MCCLOSKEY, STEPHEN | MARX, JONATHAN D | Plaintiff | 333 RIDLEY AVENUE FOLSOM PENNSYLVANIA 19033 | 06/20/2016 |
| COMMUNITY EDUCATION CENTER, INC | DIORIO, ROBERT M | Defendant | 35 FAIRFILED PLACE CALDWELL NEW JERSEY 07006 | 06/20/2016 |
| CORRECTIONA L MEDICAL ASSOCIATES INC | | Defendant | 1000 CIRCLE 75 PARKWAY SUITE 060 ATLANTA GEORGIA 30339 | 06/20/2016 |

## Docket Information

| Description | Comments | Filing Attorney | Event Filing Date | Event Filing Time | View Image |
|---|---|---|---|---|---|
| Entry of Appearance | FOR JONATHAN D MARX, ESQ ATTY FOR PLAINTIFF | | 06/20/2016 | 02:34:23 PM | |
| Writ issued | | | 06/20/2016 | 02:34:54 PM | |
| Receivable Created For $285.50 | | | 06/20/2016 | 02:35:47 PM | |
| Case Initiated - Writ of Summons | | | 06/20/2016 | 02:35:47 PM | View Image |
| Receipt# 179333 generated for the amount of $ 285.50 | | | 06/20/2016 | 02:39:27 PM | |
| Praecipe for Rule to File Complaint | AND RULE TO FILE COMPLAINT | DIORIO , ROBERT M | 07/20/2016 | 03:18:26 PM | View Image |
| Praecipe for Appearance | | | 07/20/2016 | 03:25:54 PM | View Image |
| Receipt# 183347 generated for the amount of $ 50.00 | | | 07/20/2016 | 03:26:08 PM | |
| Complaint Filed | | | 08/17/2016 | 03:45:26 PM | View Image |

**Click to see Judgment Details information**



Kaplun Marx, PLLC                                   Attorney for Plaintiff
Jonathan D. Marx, Esquire
ID. # 48263
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
Tel.: 610-660-7780
Fax:  610-572-7301

## IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PA
## CIVIL ACTION – LAW

STEPHEN MCCLOSKEY

     vs.                                    NO:   16-5383

COMMUNITY EDUCATION CENTERS, INC.

AND

CORRECTIONAL MEDICAL ASSOCIATES, INC.

### CIVIL ACTION COMPLAINT

EXHIBIT

B

Blumberg No. 619

## NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lawyer's Reference Service
Front and Lemon Streets
Media, PA 19063
(610) 566-6625

## THE PARTIES

1. Plaintiff STEPHEN MCCLOSKEY is a citizen and resident of the Commonwealth of Pennsylvania residing at the above captioned address.

2. Defendant CORRECTIONAL MEDICAL ASSOCIATES, INC., (hereinafter referred to as Correctional) is a corporation or other business entity operating under the laws of the Commonwealth of Pennsylvania with a business office at the address on the Summons filed in this matter

3. Defendant COMMUNITY EDUCATION CENTERS, INC. (hereinafter referred to as Community) is a corporation or other business entity operating under the laws of the Commonwealth of Pennsylvania with a business office at the address on the Summons filed in this matter.

4. At all times relevant, Defendants Correctional and Community were engaged in the practice of medicine and operated the hospital/infirmary/medical facility at the George W. Hill Correctional Facility in Delaware County and were obliged to bring to bear in the practice of medicine the professional skills, knowledge and experience which they possessed or were obliged to possess and to provide medical care in accordance with reasonably safe and accepted standards of medicine.

5. At all times relevant, Defendants Correctional and Community had agents, servants, or employees acting on their behalf and within the course and scope of their employment.

6. At all times relevant hereto, all physicians, nurses, technicians, professional staff and any other individuals who provided care and treatment to STEPHEN MCCLOSKEY, while at the George W. Hill Correctional Facility on behalf of Defendants Correctional and Community, were the actual and/or apparent agents servants and/or employees of

Defendants Correctional and Community and were acting within the course and scope of their employment with the Defendants.

## THE FACTS

7. On or about June 23, 2014, or thereafter, Plaintiff STEPHEN MCCLOSKEY, presented to the hospital, infirmary, medical facility at the George W. Hill Correctional Facility after having fallen and injured his left hand and fingers.

8. At that time and thereafter, Defendants xrayed the Plaintiff and attempted to place his dislocated fingers back into their sockets, but as a result of their negligent conduct in the diagnosis and treatment of Plaintiff's left hand and fingers, which was below the standard of accepted medical care, Plaintiff sustained injury and damages to his left hand and fingers that are permanent.

9. As a result of Defendant's Correctional and Community's care of Plaintiff and their failure to properly diagnose and treat his left hand and finger injuries, Plaintiff has been required to undergo additional medical treatment and testing, has lost the ability to use his hand in the manner he was able to do before the malpractice, cannot close his hand into a fist and will be required to seek additional treatment into the future and these damages and injuries are permanent in nature.

10. Plaintiff STEPHEN MCCLOSKEY'S injuries were caused by the carelessness and negligence of the Defendants Correctional and Community, jointly, severally and/or individually in the following particular respects:

    a.    failing to timely and properly diagnose Plaintiff McCloskey's left hand and multiple finger injuries;

    b.    failing to timely and properly treat Plaintiff's left hand and multiple finger injuries;

    c.    failing to timely refer Plaintiff to other physicians or medical providers who would have properly diagnosed and treated Plaintiff's injuries;

11. The carelessness and negligence of the Defendants as set forth in the proceeding paragraphs of this Complaint substantially increased the risk of harm to Plaintiff and was the legal cause of him necessitating additional medical care and sustaining permanent injuries to his left hand and fingers.

12. As a result of the aforesaid negligent and careless conduct of the Defendants, Plaintiff has undergone great physical pain and mental anguish to his great detriment and loss and has suffered a loss of life's pleasures and he will continue to endure same for an indefinite time into the future and the same is permanent in nature and character.

13. As a further result of the negligent and careless conduct of the Defendants, Plaintiff has paid or has been obliged to pay money for medical care in an effort to affect a cure of his aforesaid injuries, and he may be obliged to expend such sums for an indefinite time into the future, to his great detriment and loss and a lien may be asserted for all monies paid on his behalf.

14. As a further result of the negligent and careless conduct of the Defendants aforesaid, Plaintiff was, and may in the future be, prevented from attending to his usual daily duties, functions, activities and, all to his great loss and detriment.

15. As a result of the aforesaid negligent and careless conduct of the Defendants, Plaintiff has suffered a diminution in his ability to enjoy life and life's pleasures, and said diminution is permanent in nature and character.

Wherefore, Plaintiff STEPHEN MCCLOSKEY, demands judgment against the Defendants, COMMUNITY EDUCATION CENTERS, INC. and CORRECTIONAL

MEDICAL ASSOCIATES, INC., jointly, severally and/or individually in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

BY:_____

JONATHAN D. MARX, ESQUIRE
Attorney for Plaintiff

# VERIFICATION

I, Stephen McCloskey, am the Plaintiff in the within action and state that the facts set forth in the foregoing Pleading are true and correct to the best of my knowledge, information and belief, and that this statement is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities.

Date: 8-15-2016                              BY: _____
                                                   Stephen McCloskey

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

Delaware _____ County

For Prothonotary Use Only:

Docket No:
2016- 5385

FILED

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

| Lead Plaintiff's Name:<br>Stephen McCloskey | Lead Defendant's Name:<br>Community Education Centers, Inc |
|---|---|

| Are money damages requested? [x] Yes  [ ] No | Dollar Amount Requested:<br>(check one) | [ ] within arbitration limits<br>[x] outside arbitration limits |
|---|---|---|

| Is this a *Class Action Suit?*  [ ] Yes  [x] No | Is this an *MDJ Appeal?*  [ ] Yes  [x] No |
|---|---|

Name of Plaintiff/Appellant's Attorney:  Jonathan D. Marx, Esquire

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:**  Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [x] Other:
  Medical Malpractice

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [x] Medical
- [ ] Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other

- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other

- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

EXHIBIT
C

## IN THE COURT OF COMMONPLEAS OF DELAWARE COUNTY, PENNSYLVANIA
## CIVIL LAW -- ACTION

Stephen McCloskey
      PLAINTIFF (S)

        No. _____

VS.

Community Education Centers, Inc
and Correctional Medical Associates,
Inc.,     DEFENDANT (S)

*FILED*
2016 JUN 20 PM 2:34
OFFICE OF JUDICIAL SUPPORT
DELAWARE CO. PA.

### PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL SUPPORT:

    Issue summons in civil action in the above case and forward to ☐ Sheriff or
☒ Attorney.

_____
Signature of Attorney/Pro Se Party

Jonathan D. Marx, Esquire
2 Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
_____
Name/Address/Telephone # of Attorney/Pro Se Party

Date: 6/20/16 _____    Attorney Supreme Court ID # 46263

---

### WRIT OF SUMMONS IN CIVIL ACTION

TO: Community Education Centers, Inc and Correctional Medical Associates, Inc

YOU ARE NOTIFIED THAT THE ABOVE- NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN
ACTION AGAINST YOU.

ANGELA L. MARTINEZ, ESQ.,
DIRECTOR
OFFICE OF JUDICIAL SUPPORT

Date: _____

By: _____

Attested to be a true and correct
copy of the original

2/11/08

List of Parties

Plaintiff:

Stephen McCloskey
333 Ridley Avenue
Folsom, PA 19033

Defendants:

Community Education Centers, Inc.
35 Fairfield Place
West Caldwell, NJ 07006

And

Correctional Medical Associates, Inc.
1000 Circle 75 Parkway, Suite 060
Atlanta, GA 30339

Robert M. DiOrio, Esquire
Attorney I.D. No.: 17838
Matthew H. Fry, Esquire
Attorney I.D. No. 83131
DiORIO & SERENI LLP          Attorney for Defendant, Community Education Centers Inc.
21 West Front Street
P.O. Box 1789
Media, PA 19063
(610) 565-5700

*FILED*
*2016 JUL 20 PM 3: 18*
*OFFICE OF*
*JUDICIAL SUPPORT*
*DEL AWARE CO. PA*

## IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
## CIVIL DIVISION -- LAW

STEPHEN McCLOSKEY          :
                           :
              v.           :          Docket No.: 16-5383
                           :
                           :
COMMUNITY EDUCATION CENTERS, INC.  :
and CORRECTIONAL MEDICAL   :
      ASSOCIATES, INC.     :

### PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE OFFICE OF JUDICIAL SUPPORT:

    Please enter a Rule upon Plaintiff to File a Complaint within twenty (20) days hereof or suffer the entry of a Judgment of Non Pros.

DiORIO & SERENI LLP

Date: July 19, 2016          BY:

ROBERT M. DiORIO, ESQ.
Attorney I.D. No.: 17838

MATTHEW H. FRY, ESQ.
Attorney I.D. No.: 83131

### RULE TO FILE COMPLAINT

    AND NOW, this 20 day of July, 2016, a Rule is hereby GRANTED upon Plaintiff to file a Complaint herein within twenty (20) days after service hereof or suffer the entry of a Judgment of Non Pros.

Office of Judicial Support

EXHIBIT
D

Robert M. DiOrio, Esquire
Attorney I.D. No.: 17838
Matthew H. Fry, Esquire
Attorney I.D. No. 83131
DiORIO & SERENI LLP
21 West Front Street                    **Attorney for Defendant, Community Education Centers, Inc.**
P.O. Box 1789
Media, PA 19063
(610) 565-5700

---

**IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA**
**CIVIL DIVISION – LAW**

STEPHEN McCLOSKEY                  :
                                   :       Docket No.: 16-5383
          v.                       :
                                   :
                                   :
COMMUNITY EDUCATION CENTERS, INC.  :
and CORRECTIONAL MEDICAL           :
        ASSOCIATES, INC.           :

**CERTIFICATE OF SERVICE**

We, Robert M. DiOrio and Matthew H. Fry, attorneys for Defendant, hereby certify that a true and correct copy of the foregoing Praecipe to File Complaint was filed on the date below and a true and correct copy was served via United States First Class mail on the date below to the following:

Jonathan D. Marx, Esquire
2 Bala Plaza, Suite 300
Bala Cynwyd, PA 19004

Respectfully submitted:

Date: July 19, 2016                BY:

ROBERT M. DiORIO, ESQ.
Attorney I.D. No.: 17838

MATTHEW H. FRY, ESQ.
Attorney I.D. No.: 83131
21 West Front Street
P.O. Box 1789
Media, PA 19063
(610) 565-5700 (telephone)
(610) 891-0652 (facsimile)