IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN MCCLOSKEY,**<br>        **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **COMMUNITY EDUCATION CENTERS, INC. AND CORRECTIONAL MEDICAL ASSOCIATES, INC.,**<br>        **Defendants.** | **NO.  16-4940** |

## O R D E R

**AND NOW**, this 5th day of January, 2017, **IT IS ORDERED** that the above captioned case is **DISMISSED** as to defendant, Correctional Medical Associates, Inc., without prejudice for failure to make service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk of Court shall schedule this case for an arbitration hearing.

                                                            BY THE COURT:


                                                            /s/ Wendy Beetlestone

                                                            _____
                                                            **WENDY BEETLESTONE, J.**